UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

    Plaintiff,

vs.

                      Case No. 1:22-cv-10617-DJC

SANDCASTLE RESORT and CLUB, INC.,

    Defendant.
_____/

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 31st day of August, 2022.

                                        s/Lee D. Sarkin
                                        LEE D. SARKIN, ESQ.
                                        Attorney For Plaintiff
                                        BBO No. 710006
                                        E-mail: LSarkin@aol.com
                                        2 Burlington Woods Drive
                                        Suite 100
                                        Burlington, Ma. 01803
                                        Telephone (781) 222-4032

# CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2022 I electronically filed the foregoing document with the Clerk of the Court using ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

                                                  s/Lee D. Sarkin
                                                  LEE D. SARKIN, ESQ.

## SERVICE LIST

Robert A. Bianchi, Esq.
robbianchi@aol.com
bianchiassociates@verizon.net
55 Sea Street Extension
P.O. Box 128
Hyannis, Ma. 02601
Attorney for Defendant
Via ECF